NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TYRELL CURTIS ERLEBACH, | No. 22-35213 |
| Plaintiff-Appellant, | D.C. No. 1:18-cv-00173-MDH |
| v. | |
| RAJ ENTERPRISES OF CENTRAL FLORIDA, DBA Pinnacle Laboratories, DBA Pinnacle Laboratory Services, DBA Pinnacle Labs; JOSEPH JOHNSON; MILLS BRINSON III, | MEMORANDUM* |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the District of Idaho
M. Douglas Harpool, District Judge, Presiding

Submitted May 16, 2023**

Before:     BENNETT, MILLER, and VANDYKE, Circuit Judges.

Tyrell Curtis Erlebach appeals from the district court's judgment in favor of

defendants RAJ Enterprises of Central Florida, Joseph Johnson, and Mills Brinson

---

\*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

III in his 42 U.S.C. § 1983 action alleging various claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004). We vacate and remand.

After the district court granted summary judgment for moving defendants in early 2022, the district court entered judgment in favor of all defendants in the action and closed the case. However, the district court had not granted summary judgment for non-moving defendants RAJ Enterprises of Central Florida, LLC, Joseph Johnson, and Mills Brinson, III, and thus, judgment in favor of those defendants was premature. *See* Fed. R. Civ. P. 56(a) (explaining that summary judgment is proper if the "movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law"). Accordingly, we vacate the district court's judgment as to these three defendants and remand for further proceedings.

The parties will bear their own costs on appeal.

**VACATED and REMANDED.**